# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

MARVIN L. REEVES, JR.,                                                                    PLAINTIFF
ADC #119838

v.                              No. 2:11CV00189 JLH/JTR

RAY HOBBS, Director, Arkansas
Department of Correction, *et al*.                                                      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendants' motion to dismiss (docket entry #12) is DENIED.

2. Pursuant to Fed. R. Civ. P. 12(a)(4)(A), defendants shall file an answer **within fourteen (14) days** of the entry of this Order.

3. The denial of the motion to dismiss is without prejudice to the defendants' right to file a properly supported motion for summary judgment.

DATED this 21st day of May, 2012.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE