**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

MARVIN L. REEVES, JR.,                                                                                    PLAINTIFF
ADC #119838

V.                                            NO. 2:11CV00189 JLH/JTR

RAY HOBBS, Director,
Arkansas Department of Correction, *et al.*                                                     DEFENDANTS

**JUDGMENT**

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of the defendants. The case is dismissed with prejudice, and the Court certifies that an *in forma* pauperis appeal would not be taken in good faith.

IT IS SO ORDERED this 7th day of September, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE