# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

MARVIN L. REEVES, JR.,                                              PLAINTIFF
ADC #119838

V.                                NO. 2:11CV00189 JLH/JTR

RAY HOBBS, Director,
Arkansas Department of Correction, *et al.*                           DEFENDANTS

## **JUDGMENT**

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of the defendants. The case is dismissed with prejudice, and the Court certifies that an *in forma* pauperis appeal would not be taken in good faith.

IT IS SO ORDERED this 7th day of September, 2012.

/s/ J. Leon Holmes
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE